In the Matter of MANUFACTURERS TRUST COMPANY, as Trustee, Respondent. LENOX SYNDICATE CO., INC., Appellant.

Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.